Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____ Illinois

In re  Tamika Simmons,                                      Case No. 08-10957
       Debtor
                                                             Chapter  13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50     Check one  ☐ With the filing of the petition, or
                          ☐ On or before 5-16-08

   $ 68.50     on or before  6-16-2008

   $ 68.50     on or before  7-16-2008

   $ 68.50     on or before  8-16-2008

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   APR 30 2008
   KENNETH S. GARDNER, CLERK
   PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____          _____    4-30-08
Signature of Attorney         Date             Signature of Debtor           Date
                                               (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                               _____    _____
                                               Signature of Joint Debtor (if any)  Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____ Illinois ____

In re  Iamuca Simmons _____,           Case No. 08-10957
                Debtor

                                          Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                             ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: APR 3 0 2008

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner, Clerk of the Court