```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 10957
   TAMIKA SIMMONS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8528

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 04/30/2008 and was not confirmed.

      The case was dismissed without confirmation 07/16/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID            PAID
-----------------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG        .00            .00             .00
WASHINGTON MUTUAL BANK   SECURED NOT I        .00            .00             .00
US BANK/RETAIL PAYMENT   SECURED NOT I   73045.65            .00             .00
PRO SE DEBTOR            DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                              ---------------     ---------------
TOTALS                               .00                 .00

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/29/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```